IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUCIO DEVELOPMENT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-77-RP |
| | § | |
| SILICON LABORATORIES INC., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

On April 24, 2019, the plaintiff dismissed with prejudice all claims against the defendant in this case pursuant to Federal Rule of Civil Procedure 41. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on April 30, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE